UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REVEREND JEROME STRONG,<br><br>    Plaintiff,<br><br>  vs.<br><br>MERRILL LYNCH,<br><br>    Defendant. | Case No: C 10-0031 SBA<br><br>**ORDER** |

On November 9, 2010, Defendant filed an Ex Parte Application Re: Extending Motion Cut-Off Deadline to Court's Next Available Hearing Date (Dkt. 37), seeking an extension of the December 14, 2010 motion hearing deadline with respect to Defendant's Motion for Summary Judgment, which Defendant also filed on November 9, 2010.

IT IS HEREBY ORDERED THAT Defendant's Motion for Summary Judgment shall be heard on **December 14, 2010 at 1:00 p.m.**  Plaintiff's opposition shall be filed on or before November 29, 2010.  Any reply shall be filed on or before December 3, 2010.  Defendant's Ex Parte Application is DENIED as MOOT.

IT IS SO ORDERED.

Dated: November 18, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STRONG et al,

        Plaintiff,

  v.

MERRILL LYNCH et al,

        Defendant.
                                 /

Case Number: CV10-00031 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Strong
P.O. Box 21013
Piedmont, CA 94620

Dated: November 19, 2010
                                      Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk