1
2       UNITED STATES DISTRICT COURT
3       FOR THE NORTHERN DISTRICT OF CALIFORNIA
4       OAKLAND DIVISION
5

| | |
|---|---|
| REVEREND JEROME STRONG,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MERRILL LYNCH,<br><br>　　　　　Defendant. | Case No: C 10-0031 SBA<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION BRIEF**<br><br>Dkt. 50 |

On November 9, 2010, Defendant filed an Ex Parte Application Re: Extending Motion Cut-Off Deadline to Court's Next Available Hearing Date, seeking an extension of the December 14, 2010 motion hearing deadline with respect to Defendant's Motion for Summary Judgment, which Defendant also filed on November 9, 2010. In response, on November 19, 2010, the Court issued an Order scheduling Defendant's Motion for Summary Judgment for hearing on December 14, 2010. The Court further ordered that Plaintiff's opposition shall be filed on or before November 29, 2010, and any reply shall be filed on or before December 3, 2010.

On November 24, 2010, Plaintiff filed a request to extend the November 29, 2010 deadline for him to file his opposition brief by "one to two weeks." Dkt. 50. Plaintiff, who is proceeding pro se, has indicated that he requires additional time to prepare his brief. Accordingly,

IT IS HEREBY ORDERED THAT:

1.   Plaintiff shall file his opposition brief to Defendant's Motion for Summary Judgment by no later than December 10, 2010.

2.   Any reply shall be filed by no later than December 17, 2010.

3. The December 14, 2010 hearing on Defendant's Motion for Summary Judgment is VACATED. In the event the Court determines that a hearing on the motion is necessary, the Court will notify the parties accordingly. Otherwise, this matter will be deemed under submission on the date Defendant's reply is due.

4. This Order terminates Docket 50.

IT IS SO ORDERED.

Dated: December 2, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STRONG et al,

       Plaintiff,

  v.

MERRILL LYNCH et al,

       Defendant.
                                         /

Case Number: CV10-00031 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Strong
P.O. Box 21013
Piedmont, CA 94620

Dated: December 3, 2010
                                  Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk