PATRICIA K. GILLETTE (STATE BAR NO. 74461)
pgillette@orrick.com
MICHELLE A. ROJAS (STATE BAR NO. 215365)
mrojas@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED, erroneously sued as "MERRILL LYNCH"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REVEREND JEROME STRONG,<br><br>                Plaintiff,<br><br>       v.<br><br>MERRILL LYNCH,<br><br>                Defendant. | Case No.  C10-00031 SBA<br><br>**DEFENDANT MORGAN STANLEY'S *EX PARTE* REQUEST AND ORDER TO CONTINUE JANUARY 4, 2011 PRETRIAL PREPARATION DUE DATE PENDING RULING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date:  February 7, 2011<br>Time:           8:30 a.m.<br>Courtroom: 1 (Fourth Floor)<br>Judge:         Hon. Saundra Brown Armstrong |
|---|---|

Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") hereby requests that the Court continue the pretrial preparation due date, currently set for January 4, 2011, pending the Court's ruling on Merrill Lynch's motion for summary judgment. or in the alternative partial summary judgment, which the Court took under submission on December 17, 2010.  Good cause exists to grant Merrill Lynch's request for the reasons outlined below:

1. On November 9, 2010, Merrill Lynch filed its motion for summary judgment, or in the alternative partial summary judgment (the "Motion"), seeking summary judgment in Merrill Lynch's favor on of all of Plaintiff Jerome Strong's ("Plaintiff") claims.

2. Plaintiff filed his opposition to Merrill Lynch's Motion on December 10, 2010.

3. On December 17, 2010 Merrill Lynch filed its reply in support of the Motion.

4. On December 17, 2010 the Court took Merrill Lynch's Motion under submission.

5. The current pretrial preparation due date is January 4, 2011.

6. Without the Court's ruling on Merrill Lynch's Motion, the parties cannot know what, if any, issues will proceed to trial or what, if any, issues must be addressed in their pretrial preparation.

7. For the reasons outline above, and to avoid the unnecessary expenditure of party and judicial time and resources, Merrill Lynch hereby respectfully requests that the Court continue the pretrial preparation due date pending the Court's ruling on Merrill Lynch's potentially dispositive motion for summary judgment.

Dated:  December 20, 2010

    /s/ Michelle A. Rojas  
MICHELLE A. ROJAS  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
Attorneys for Defendant  
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

- 1 -

EX PARTE REQUEST AND [PROPOSED] ORDER TO CONTINUE PRETRIAL PREPARATION DUE DATE  
(C10-00031 SBA)

1 **[PROPOSED] ORDER**

2  Good cause appearing therefore, IT IS HEREBY ORDERED THAT:

3  1. The January 4, 2011 pretrial preparation due date is hereby continued to **January 14, 2011**.

5  2. The January 11, 2011 deadline for filing motions in limine and objections to evidence is continued to **January 19, 2011**. Oppositions to motions in limine and objections to evidence are due by **January 24, 2011**, and replies are due by **January 27, 2011**. Each side is to file all of their motions in limine in a single memorandum, not to exceed ten (10) pages in length. Each side's opposition to motions in limine shall consist of a single brief not exceed ten (10) pages, and each side's reply in support of motions in limine shall consist of a single brief not exceed five (5) pages.

12  IT IS SO ORDERED.

- 2 -   EX PARTE REQUEST AND [PROPOSED] ORDER TO CONTINUE PRETRIAL PREPARATION DUE DATE
(C10-00031 SBA)

1  Dated: December 27, 2010
2  _____
   Hon. Saundra Brown Armstrong
   United States District Judge

- 3 -   EX PARTE REQUEST AND [PROPOSED] ORDER TO
        CONTINUE PRETRIAL PREPARATION DUE DATE
        (C10-00031 SBA)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STRONG et al,

      Plaintiff,

v.

MERRILL LYNCH et al,

      Defendant.
_____/

Case Number: CV10-00031 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Strong
P.O. Box 21013
Piedmont, CA 94620

Dated: December 28, 2010

                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

- 4 -

EX PARTE REQUEST AND [PROPOSED] ORDER TO
CONTINUE PRETRIAL PREPARATION DUE DATE
(C10-00031 SBA)