**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street, Suite 400 South
Oakland, California 94612
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>Strong</u>                                    )
                                              )
                                              )       Civil No. <u>CV 10-00031 SBA</u>
              Plaintiff(s),      )
              (Petitioner)       )
    -V-                          )       ORDER RE APPEAL IN
                                 )       FORMA PAUPERIS
<u>Merrill Lynch</u>                )
                                 )
                                 )
              Defendant(s),      )
              (Respondent)       )
                                 )
_____
_

   Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma

pauperis on appeal is hereby    GRANTED.

   IT IS SO ORDERED.

DATED:   2/2/11


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STRONG et al,

        Plaintiff,

  v.

MERRILL LYNCH et al,

        Defendant.
                                          /

Case Number: CV10-00031 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome Strong
P.O. Box 21013
Piedmont, CA 94620

Dated: February 3, 2011

                                            Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk